UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

In re:                                             )
                                                   )
  RANDY STEPHEN GOLDENHERSH, )      Case No.12-cv-03226-RM
                                                   )
      Debtor.                                 )
                                                   )
_____)
RANDY STEPHEN GOLDENHERSH, )
                                                   )
      Appellant,                           )
v.                                                )
                                                   )
AURORA LOAN SERVICES, LLC,      )
DAVID E. LEWIS, Chapter 7 Trustee, and )
KEITH STEPHEN,                         )
                                                   )
      Appellees.                           )
_____

**ORDER DISMISSING APPEAL WITH PREJUDICE**
_____

The Court, having reviewed the Stipulated Motion to Dismiss Appeal With Prejudice filed by Appellant, Randy Stephen Goldenhersh, and Appellees, Aurora Loan Services, LLC, David E. Lewis, and Keith Stephen, and having reviewed the docket and the case file hereby ORDERS:

1. That the captioned appeal is Dismissed with Prejudice;

2. That each party to be responsible for its own respective attorney fees and costs.

DATED this 9th day of September, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge